United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-10741-sr
Brian A Davis                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: JeanetteG            Page 1 of 2              Date Rcvd: Apr 26, 2017
                               Form ID: 138NEW            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
```
db         #+Brian A Davis,   103 Alison Road,   Apt. E-19,   Horsham, PA 19044-3037
12657850   ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: Americredit,   Po Box 183853,   Arlington, TX 76096)
12657846   +Abington Memorial Hospital,   P.O. Box 48151,   Newark, NJ 07101-8351
12657852   +CBCS,   236 East Town Street,   Columbus, OH 43215-4631
12657853   ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance,   25505 W 12 Mile Rd,   Southfield, MI 48034)
13455529   +Cappio & Gigliotti, LLP,   2000 Spring Garden Street,   Suite 1F,   Philadelphia, PA 19130-3895
12736457   +Credit Acceptance,   25505 W 12 Mile Rd Ste 3000,   Southfield MI 48034-8331
12657854   +Drive Financial,   Attn: Bankruptcy Department,   Po Box 562088,   Dallas, TX 75356-2088
12657855   +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
12776576   +H&R Block Bank,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
12657858   +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
13176545   +Jacoby & Meyers Bankruptcy, LLP,   111 S. Independence Mall East,   Suite 555,
             Philadelphia, PA 19106-2508
12657861    Marlton Auto Credit,   4 A Eves Dr Ste 112,   Marlton, NJ 08053
12657862   +PECO,   P.O. Box 13437,   Philadelphia, PA 19162-0001
12657864   +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
12753490   +VERIZON,   404 BROCK DR,   BLOOMINGTON, IL 61701-2654
12657865    Verizon,   PO Box 4830,   Trenton, NJ 08650-4830
12657866   +West Asset Mgmt, Inc,   P.O. Box 105359,   Atlanta, GA 30348-5359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Apr 27 2017 01:39:49   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:39:20
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2017 01:39:44   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2017 01:40:44
             Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
             Houston, TX 77210-4457
12714636   +E-mail/Text: bnc@atlasacq.com Apr 27 2017 01:39:09   Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303,   Attn: Avi Schild
12736191   +E-mail/Text: bnc@atlasacq.com Apr 27 2017 01:39:09   Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
12657851    E-mail/Text: bankruptcy@cashcall.com Apr 27 2017 01:40:05   Cashcall Inc,
             Attention: Bankruptcy Department,   1600 S Douglass Rd,   Anaheim, CA 92806
12741817   +E-mail/Text: bncmail@w-legal.com Apr 27 2017 01:39:36   CASHCALL, INC.,
             C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVE., STE. 400,   SEATTLE, WA 98121-3132
12769900   +E-mail/Text: bankruptcy@cavps.com Apr 27 2017 01:39:41   Cavalry Portfolio Services, LLC,
             500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
12657856   +E-mail/Text: dleabankruptcy@hrblock.com Apr 27 2017 01:39:08   H&R Block Bank,
             P.O. box 3052,   Milwaukee, WI 53201-3052
12657857   +E-mail/Text: bkynotice@harvardcollect.com Apr 27 2017 01:40:08   Harvard Collection,
             4839 N Elston Ave,   Chicago, IL 60630-2589
12657859   +E-mail/Text: bankruptcy@icsystem.com Apr 27 2017 01:40:03   I C System,   Po Box 64378,
             Saint Paul, MN 55164-0378
12850974    E-mail/Text: cio.bncmail@irs.gov Apr 27 2017 01:39:12   Internal Revenue Service,
             P O BOX 7346,   Philadelphia PA 19101-7346
13028884    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2017 01:40:52   Midland Funding LLC,
             by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
             Houston, TX 77210-4457
12657867   +E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 27 2017 01:39:32
             West Lake Financial,   4751 Wilshire Blvd # 100,   Los Angeles, CA 90010-3847
12783142   ++E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 27 2017 01:39:32
             Westlake Financial Services,   4751 Wilshire Blvd., Ste. #100,   Los Angeles, CA 90010-3847
                                                                                             TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12657848     American General Finan
12657849     American General Finan
12657863     Premium Auto
cr*         ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
             Arlington, TX  76096)
cr*         +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
12666193*   ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: Americredit Financial Services, Inc.,   PO Box 183853,
             Arlington TX 76096)
12657847*   +Abington Memorial Hospital,   P.O. Box 48151,   Newark, NJ 07101-8351
12769901*   +Cavalry Portfolio Services, LLC,   500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: Apr 26, 2017
                              Form ID: 138NEW              Total Noticed: 34

            ***** BYPASSED RECIPIENTS (continued) *****
12657860*       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
                                                                                             TOTALS: 3, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
              CHRISTOPHER G. CAPPIO    on behalf of Debtor Brian A Davis cappioandgigliotti@gmail.com,
               ecf.philadelphia@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Westlake Financial Services, Its assignees and/or
               successors in interest bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Westlake Financial Services, Its assignees and/or
               successors in interest tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Brian A Davis
    Debtor(s)

Bankruptcy No: 12−10741−sr
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 4/26/17

102 − 101
Form 138_new