United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-10741-sr
Brian A Davis                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: JeanetteG              Page 1 of 1              Date Rcvd: Jun 02, 2017
                               Form ID: 195                 Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.
db           #+Brian A Davis,    103 Alison Road,    Apt. E-19,    Horsham, PA 19044-3037
cr           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                Arlington, TX  76096)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@atlasacq.com Jun 03 2017 00:52:26      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2017 01:00:42
               Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              CHRISTOPHER G. CAPPIO    on behalf of Debtor Brian A Davis cappioandgigliotti@gmail.com,
               ecf.philadelphia@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Westlake Financial Services, Its assignees and/or
               successors in interest bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Westlake Financial Services, Its assignees and/or
               successors in interest tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                          : Chapter 13

Brian A Davis                                                           : Case No. 12−10741−sr
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 2, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

105
Form 195